UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMES MATLEAN,<br><br>　　　　　Petitioner,<br>v.<br>BRIAN WILLIAMS, et al.,<br><br>　　　　　Respondents. | Case No. 3:16-cv-00233-HDM-VPC<br><br>ORDER |

Petitioner James Matlean has submitted a *pro se* petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, and a motion for stay and abeyance (ECF Nos. 1-1, 1-2). He has not, however, either paid the $5.00 filing fee or submitted a completed application to proceed *in forma pauperis* with the required inmate account statements for the past sixth months and financial certificate. 28 U.S.C. § 1915(a)(2); Local Rule LSR1-2.

**IT IS THEREFORE ORDERED** that within **thirty (30) days** of the date of this order petitioner shall submit either the $5.00 filing fee or a fully completed application to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that failure to do so may result in the dismissal of this action without prejudice.

DATED: October 14, 2016.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HOWARD D. MCKIBBEN
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1