UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMES MATLEAN,<br><br>　　　　　　Petitioner,<br>　v.<br>BRIAN WILLIAMS, et al.,<br><br>　　　　　　Respondents. | Case No. 3:16-cv-00233-HDM-VPC<br><br>ORDER |

Before the court is 28 U.S.C. § 2254 habeas petitioner James Matlean's motion for appointment of counsel (ECF No. 10).

There is no constitutional right to appointed counsel for a federal habeas corpus proceeding. *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987); *Bonin v. Vasquez*, 999 F.2d 425, 428 (9th Cir. 1993). The decision to appoint counsel is generally discretionary. *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986), cert. denied, 481 U.S. 1023 (1987); *Bashor v. Risley*, 730 F.2d 1228, 1234 (9th Cir.), cert. denied, 469 U.S. 838 (1984). However, counsel must be appointed if the complexities of the case are such that denial of counsel would amount to a denial of due process, and where the petitioner is a person of such limited education as to be incapable of fairly presenting his claims. *See Chaney*, 801 F.2d at 1196; *see also Hawkins v. Bennett*, 423 F.2d 948 (8th Cir. 1970). Here, it appears that the claims may be somewhat complex. Additionally,

petitioner is serving a life sentence without the possibility of parole. Accordingly, petitioner's motion for appointment of counsel is granted.

**IT IS THEREFORE ORDERED** that petitioner's motion for appointment of counsel (ECF No. 10) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Federal Public Defender for the District of Nevada (FPD) is appointed to represent petitioner.

**IT IS FURTHER ORDERED** that the Clerk shall ELECTRONICALLY SERVE the FPD a copy of this order, together with a copy of the amended petition for writ of habeas corpus (ECF No. 8). The FPD shall have thirty (30) days from the date of entry of this order to file a notice of appearance or to indicate to the court its inability to represent petitioner in these proceedings.

**IT IS FURTHER ORDERED** that this court's order dated January 5, 2017 (ECF No. 9) is **VACATED**. No further action by respondents is required until further notice of this court.

**IT IS FURTHER ORDERED** that after counsel has appeared for petitioner in this case, the court will issue a scheduling order, which will, among other things, set a deadline for the filing of a second-amended petition.

DATED: April 5, 2017.

_Howard D. McKibben_
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE