UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JAMES MATLEAN, | Case No. 3:16-cv-00233-HDM-VPC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

Petitioner James Matlean's counseled 28 U.S.C. § 2254 petition for a writ of habeas corpus is before the court on petitioner's motions for extension of time. Good cause appearing,

**IT IS ORDERED** that petitioner's first and second motions for extension of time to file the second-amended petition (ECF Nos. 17 and 18) are both **GRANTED** *nunc pro tunc*.

DATED: February 6, 2018.

HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE

1