UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES MATLEAN,<br><br>               Petitioner,<br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>               Respondents. | Case No. 3:16-cv-00233-HDM-CBC<br><br>ORDER |

Petitioner's motion for extension of time (ECF No. 42) is GRANTED. Petitioner will have until December 6, 2019, to file a reply to the answer. However, no further extensions of time will be granted.

In addition, the court hereby GRANTS respondents' unopposed motions for extension of time to file the answer (ECF Nos. 38 & 39) *nunc pro tunc* to September 5, 2019.

Finally, respondents' unopposed motion to seal Exhibits 27 and 28 (ECF No. 41) is GRANTED. In accordance with the requirements of *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), the court finds that a compelling need to protect the privacy and/or personal identifying information of petitioner in

1

the sealed exhibits, which comprise a psychological evaluation and the petitioner's presentence investigation report, outweighs the public interest in open access to court records. The clerk of court is therefore directed to seal Exhibits 27 (ECF No. 23-27) and 28 (ECF No. 23-28), which respondents inadvertently filed unsealed.

IT IS SO ORDERED.

DATED: This 9th day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE