UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES MATLEAN,<br>　　　　　　　Petitioner,<br>　　v.<br>BRIAN WILLIAMS, et al.,<br>　　　　　　　Respondents. | Case No. 3:16-cv-00233-HDM-CLB<br><br>ORDER |

Respondents' unopposed motion for an extension of time (ECF No. 46) is GRANTED. Respondents will have to and including January 21, 2020, to file a response to petitioner's motion for evidentiary hearing.

IT IS SO ORDERED.

DATED: This 10th day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE